CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/20/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JAMES TOLLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:17CV00074 |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| POCKETSONICS, INC., ANALOGIC | ) | |
| CORPORATION d/b/a ANALOGIC | ) | |
| ULTRASOUND VIRGINIA | ) | By: Hon. Glen E. Conrad |
| CORPORATION, ANALOGIC LIMITED, | ) | Senior United States District Judge |
| JEFF POMPEO, and RONALD RIOS, | ) | |
| | ) | |
| Defendants. | ) | |

The court has before it the parties' joint stipulation of dismissal in this case filed pursuant

to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, with all rights of appeal waived, and

with each party to bear its own costs and attorneys' fees. This case shall be stricken from the

active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this ___10th___ day of May, 2019.

_____
Senior United States District Judge